## JOHN McCOY AND SAMUEL McCRACKEN
### *versus* JOSEPH LOVELAND

JOURNAL ENTRIES (1817–19): *Journal 2:* (1) Writ quashed *p. 582; (2) recognizance *p. 599; (3) bail discharged, defendant ruled into custody *p. 637; (4) default judgment *p. 674.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 54, c. 3; MS p. 55, c. 1.